HOFMANN & SCHWEITZER
212 West 35th Street, 12th Fl.
New York, NY 10001
Tel: 212-465-8840
Fax: 212-465-8849

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MIGUEL ROMERO

               Plaintiff,

        -against-

IRVING TISSUE COMPANY LIMITED and
DISTRIBUTION UNLIMITED, INC.

               Defendants.
-----------------------------------------------------------------x

**Docket No. 1:19-CV-1477 (FJS/CFH)**

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED by and between the attorneys for the opposing parties that the above-referenced action, and any and all cross claims and counterclaims relating thereto, having been compromised and settled, should be dismissed with prejudice and without costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that fax signatures shall be deemed originals for the purposes of executing this Stipulation and that this Stipulation may be filed with the court without further notice to the parties.

Dated: New York, New York
       August 8, 2023

HOFMANN & SCHWEITZER

By: _____
    Dario A. Chinigo
    Attorneys for Plaintiff
    212 W. 35th Street
    New York, NY 10001


SMITH, SOVIK, KENDRICK & SUGNET

By: _____
    Karen G. Felter, Esq. (508182)
    Attorneys for Defendants
    250 South Clinton Street, Ste 600
    Syracuse, New York 13202


IT IS SO ORDERED.

Date: September 28, 2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge